UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------------------x

SCE GROUP INC. d/b/a SIN CITY ENTERTAINMENT

|  |  |  |
|---|---|---|
|  | Plaintiff, | Index No: 18 cv 8909 |
| -against- |  | **VOLUNTARY DISMISSAL** |

THE CITY OF NEW YORK; BILL DE BLASIO, as Mayor of
the City of New York; JAMES P. O'NEILL, as Former
Commissioner, Police Department City of New York;
and ZACHARY W. CARTER, as Former Corporation Counsel,
New York City Law Department, each sued in their official
capacities.

Defendants'

------------------------------------------------------------------------------------x

Plaintiff SCE GROUP INC. d/b/a SIN CITY ENTERTAINMENT having appeared

before this Court through the attorney of record. Pursuant to Rule 41(a)(2), Plaintiff SCE

GROUP INC. d/b/a SIN CITY ENTERTAINMENT hereby give notice that it voluntarily

dismisses all claims with prejudice against Defendants' THE CITY OF NEW YORK; BILL DE

BLASIO; JAMES P. O'NEILL and ZACHARY W. CARTER. There are no costs to be assessed

to any of the parties.

Dated: July 15, 2020
New York, NY

Respectfully submitted,

By: _____
Eric Sanders (ES0024)

THE SANDERS FIRM, P.C.
30 Wall Street
New York, NY 10005
(212) 652-2782 (Business Telephone)
(212) 652-2783 (Facsimile)
Website: http://www.thesandersfirmpc.com

JAMES E. JOHNSON
Corporation Counsel of the City of New York

By: _____
Suzanne E. Funes
*Attorney for Defendants*
100 Church Street,
New York, New York 10007
(212) 356-2386


SO ORDERED:

_____
THE HONORABLE ANALISA TORRES